| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) STRAUB, CHESTER J. | 2. Court or Organization U.S. COURT OF APPEALS, 2ND CIR | 3. Date of Report 05/06/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) CIRCUIT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address UNITED STATES COURTHOUSE 500 PEARL STREET NEW YORK, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2011 MAY 10 A 10: 26 RECEIVED

Straub , Chester J.

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | NYS RETIREMENT SYSTEM (RETIREMENT BENEFIT) | $6,183.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | **FIDELITY INVESTMENTS** | | | | | | | | | |
| 2. | NY ST DORM AUTH REVS CITY UNIV CONS-5TH GEN-C MBIA 4/10/03 | C | Interest | L | T | | | | | |
| 3. | NY CITY MUN WTR F/A WTR&SWR SYS RV SER B-AMBAC TCRS CSTD | A | Interest | | | Redeemed | 06/15/10 | K | A | |
| 4. | NEW YORK ST TWY AU SVC CONT REV LOC HWY & BRIDGE 8/15/95 | C | Interest | L | T | | | | | |
| 5. | BERKSHIRE HATHAWAY INC. CLASS B | | None | L | T | | | | | |
| 6. | HEWLETT PACKARD COMMON | B | Dividend | M | T | | | | | |
| 7. | ENZO BIOCHEM INC COMMON | | None | J | T | | | | | |
| 8. | HEALTH CARE PPTY INVS INC COMMON | C | Dividend | L | T | | | | | |
| 9. | GREAT PLAINS ENERGY - KANSAS CITY POWER & LIGHT COMMON | A | Dividend | J | T | | | | | |
| 10. | IBM COMMON | C | Dividend | M | T | | | | | |
| 11. | GENERAL ELECTRIC COMMON | A | Dividend | J | T | | | | | |
| 12. | LOCKEED MARTIN COMMON | A | Dividend | J | T | | | | | |
| 13. | EXXON COMMON | A | Dividend | J | T | | | | | |
| 14. | COMMONWEALTH REIT COMMON (FORMERLY HRPT PROPERTIES TRUST) | A | Dividend | J | T | | | | | |
| 15. | COHEN & STEERS REALTY SHARES | A | Dividend | K | T | Buy (add'l) | 03/31/10 | J | | |
| 16. | | | | | | Buy (add'l) | 06/30/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. | | | | | | Buy (add'l) | 09/30/10 | J | | |
| 18. | | | | | | Buy (add'l) | 12/16/10 | J | | |
| 19. | NEW YORK ST ENVIRO FACS 5% | B | Interest | | | Redeemed | 06/15/10 | K | A | |
| 20. | NEW YORK ST URBAN DEV CORP REV CORP 6.5% | C | Interest | L | T | | | | | |
| 21. | METROPOLITAN TRANS AUTH NY TRAN FACS | D | Interest | | | Redeemed | 07/01/10 | M | A | |
| 22. | S&P MID CAP 400 DEP RCPYS MID CAP | A | Dividend | | | Sold | 03/29/10 | K | C | |
| 23. | FIDELITY MUNICIPAL MONEY MARKET | A | Interest | M | T | | | | | |
| 24. | NEW YORK NY GO BDS SUBERIES 5% BOND | C | Interest | M | T | | | | | |
| 25. | METROPOLITAN TRANSN AUTH NY 5.5% BOND | C | Interest | L | T | | | | | |
| 26. | FORTESCUE METALS GROUP LTD COMMON | | None | K | T | | | | | |
| 27. | GOLDMAN SACHS GROUP INC COMMON | A | Dividend | L | T | | | | | |
| 28. | WALMART STORES INC COMMON | A | Dividend | K | T | | | | | |
| 29. | FIDELITY NY MUNI MM | A | Interest | P1 | T | | | | | |
| 30. | EATON VANCE LG CAP FUND | A | Dividend | K | T | Buy (add'l) | 03/09/10 | J | | |
| 31. | | | | | | Buy (add'l) | 06/09/10 | J | | |
| 32. | | | | | | Buy (add'l) | 09/09/10 | J | | |
| 33. | | | | | | Buy (add'l) | 12/29/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | FIDELITY INSTL TREASURY MONEY FUND | A | Dividend | O | T | Open | 07/01/10 | P1 | | |
| 35. | TEMPLETON GLOBAL BOND ADVISOR FUND | A | Dividend | L | T | Buy | 11/22/10 | L | | |
| 36. | US TREASURY BILLS | A | Interest | | | Buy | 09/14/10 | P1 | | |
| 37. | | | | | | Sold (part) | 10/07/10 | P1 | A | |
| 38. | | | | | | Buy (add'l) | 10/08/10 | O | | |
| 39. | | | | | | Sold | 11/04/10 | O | A | |
| 40. | **CITIBANK ACCOUNTS** | | | | | | | | | |
| 41. | CHECKING | | None | J | T | | | | | |
| 42. | **FIDELITY IRA ROLLOVER** | | | | | | | | | |
| 43. | MARSH & MCLENNAN COMMON | A | Dividend | K | T | | | | | |
| 44. | FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 45. | FIDELITY US GOVT RESERVES MM | A | Interest | | | Closed | 11/22/10 | P1 | | |
| 46. | S&P MID CAP 400 DEP RCPTS MID CAP SPDRS | B | Dividend | M | T | Sold (part) | 02/03/10 | K | C | |
| 47. | | | | | | Buy (add'l) | 03/29/10 | K | | |
| 48. | FEDL HOME LN BANK CONS BD 5.625% 11/15/2011 | C | Interest | K | T | | | | | |
| 49. | AMERICAN GROWTH FUND OF AMERICA CLASS F (GFAFX) | | None | | | Sold | 02/03/10 | K | C | |
| 50. | TWEEDY BROWNE GLOBAL VALUE FUND | B | Dividend | M | T | Buy (add'l) | 07/14/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 51. | | | | | Buy (add'l) | 12/30/10 | J | | |
| 52. BARON GROWTH FUND | | None | M | T | Sold (part) | 02/03/10 | J | C | |
| 53. | | | | | Buy (add'l) | 07/14/10 | K | | |
| 54. BLACKROCK GLOBAL ALLOC FUND | C | Dividend | N | T | Buy | 01/22/10 | M | | |
| 55. | | | | | Buy (add'l) | 02/17/10 | M | | |
| 56. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 57. | | | | | Buy (add'l) | 12/20/10 | J | | |
| 58. AMERICAN GROWTH FUND CL F2 | B | Dividend | M | T | Buy | 05/06/10 | M | | |
| 59. | | | | | | 12/22/10 | J | | |
| 60. ROYCE TOTAL RETURN FUND | B | Dividend | M | T | Sold (part) | 02/03/10 | J | B | |
| 61. | | | | | Buy (add'l) | 03/11/10 | J | | |
| 62. | | | | | Buy (add'l) | 06/10/10 | J | | |
| 63. | | | | | Buy (add'l) | 07/14/10 | K | | |
| 64. | | | | | Buy (add'l) | 09/09/10 | J | | |
| 65. | | | | | Buy (add'l) | 12/09/10 | J | | |
| 66. GOOGLE COMMON | | None | K | T | | | | | |
| 67. FIDELITY CONTRAFUND | A | Dividend | M | T | Sold (part) | 02/03/10 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 68. | | | | | Buy (add'l) | 02/05/10 | J | | |
| 69. | | | | | Buy (add'l) | 05/10/10 | J | | |
| 70. | | | | | Buy (add'l) | 12/17/10 | J | | |
| 71. EATON VANCE LG CAP VALUE FUND | B | Dividend | M | T | Buy (add'l) | 03/10/10 | J | | |
| 72. | | | | | Buy (add'l) | 06/09/10 | J | | |
| 73. | | | | | Buy (add'l) | 09/09/10 | J | | |
| 74. | | | | | Buy (add'l) | 12/30/10 | J | | |
| 75. IVY ASSET STRATEGY FUND | A | Dividend | N | T | Buy | 01/22/10 | M | | |
| 76. | | | | | Buy (add'l) | 02/17/10 | M | | |
| 77. | | | | | Buy (add'l) | 12/09/10 | J | | |
| 78. TEMPLETON GLOBAL BOND ADVISOR FUND | C | Dividend | M | T | Buy | 11/22/10 | M | | |
| 79. | | | | | Buy (add'l) | 12/17/10 | J | | |
| 80. KKR PRIVATE EQUITY INVESTORS LP | A | Int./Div. | | | Sold | 08/26/10 | J | A | |
| 81. BERKSHIRE HATHAWAY INC COMMON | | None | M | T | | | | | |
| 82. INTEL CORP COMMON | A | Dividend | J | T | | | | | |
| 83. JP MORGAN CHASE & CO COMMON | A | Dividend | L | T | | | | | |
| 84. MATTHEWS CHINA FUND | A | Dividend | K | T | Buy (add'l) | 12/09/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | O =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. VANGUARD INTERMED TERM TAX EXEMPT FD | C | Dividend | M | T | Buy (add'l) | 01/30/10 | J | | |
| 86. | | | | | Buy (add'l) | 02/27/10 | J | | |
| 87. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 88. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 89. | | | | | Buy (add'l) | 05/29/10 | J | | |
| 90. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 91. | | | | | Buy (add'l) | 07/31/10 | J | | |
| 92. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 93. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 94. | | | | | Buy (add'l) | 10/30/10 | J | | |
| 95. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 96. | | | | | Buy (add'l) | 11/03/10 | J | | |
| 97. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 98. PIMCO TOTAL RETURN INSTL FUND | E | Dividend | O | T | Buy | 01/22/10 | N | | |
| 99. | | | | | Buy (add'l) | 01/29/10 | J | | |
| 100. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 101. | | | | | Buy (add'l) | 03/31/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 102. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 103. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 104. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 105. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 106. | | | | | Buy (add'l) | 08/12/10 | L | | |
| 107. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 108. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 109. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 110. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 111. | | | | | Buy (add'l) | 12/08/10 | K | | |
| 112. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 113. VANGUARD LMTD ADMIRAL SHORT TERM FUND | C | Dividend | M | T | Buy (add'l) | 01/29/10 | J | | |
| 114. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 115. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 116. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 117. | | | | | Buy (add'l) | 05/31/10 | J | | |
| 118. | | | | | Buy (add'l) | 06/30/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Buy (add'l) | 07/31/10 | J | | |
| 120. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 121. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 122. | | | | | Buy (add'l) | 10/31/10 | J | | |
| 123. | | | | | Buy (add'l) | 11/31/10 | J | | |
| 124. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 125. VANGUARD SHORT TERM LMTD MUN BD FUND INC | B | Dividend | L | T | Buy (add'l) | 01/30/10 | J | | |
| 126. | | | | | Buy (add'l) | 02/27/10 | J | | |
| 127. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 128. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 129. | | | | | Buy (add'l) | 05/29/10 | J | | |
| 130. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 131. | | | | | Buy (add'l) | 07/31/10 | J | | |
| 132. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 133. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 134. | | | | | Buy (add'l) | 10/30/10 | J | | |
| 135. | | | | | Buy (add'l) | 11/30/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 137. MORGAN STANLEY GLOBAL LONG/ SHORT FUND | D | Dividend | N | T | Buy | 07/27/10 | M | | |
| 138. | | | | | Buy (add'l) | 12/29/10 | J | | |
| 139. **FIDELITY IRA** | | | | | | | | | |
| 140. FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 141. AMERICAN GROWTH (GFAFX) | A | Dividend | J | T | Buy (add'l) | 12/22/10 | J | | |
| 142. | | | | | Sold (part) | 10/15/10 | J | A | |
| 143. FIDELITY US GOVT RESERVES FUND | A | Interest | | | Sold | 10/15/10 | J | A | |
| 144. **FIDELITY IRA** | | | | | | | | | |
| 145. FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 146. TWEEDY BROWNE GLOBAL VALUE FUND | A | Dividend | K | T | Buy (add'l) | 12/30/10 | J | | |
| 147. BARON GROWTH FUND | | None | J | T | | | | | |
| 148. FIDELITY CONTRAFUND | A | Dividend | J | T | Buy (add'l) | 02/05/10 | J | | |
| 149. | | | | | Buy (add'l) | 12/29/10 | J | | |
| 150. FIDELITY US GOVT RESERVES FUND MM | A | Interest | K | T | | | | | |
| 151. **MORGAN STANLEY SB IRA** | | | | | | | | | |
| 152. DREYFUS MONEY MARKET | A | Interest | J | T | Open | 01/29/10 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 153. MILWAUKEE WIS PROM NTS 4.1% | A | Interest | K | T | Buy | 02/05/10 | K | | |
| 154. TIMPANOGOS SPL SVC DIST UTAH 4.69% | A | Interest | K | T | Buy | 02/19/10 | K | | |
| 155. FLORIDA ST BRD ED LOTTERY REV 4.941% | A | Interest | K | T | Buy | 02/26/10 | K | | |
| 156. VERMONT ST SER A-2 4.0% | A | Interest | K | T | Buy | 02/08/10 | K | | |
| 157. METROPOLITAN COUNCIL MINN 4.4% | A | Interest | K | T | Buy | 02/10/10 | K | | |
| 158. BRAZORIA CNTY TEX SER B 4.594% | A | Interest | K | T | Buy | 02/23/10 | K | | |
| 159. HAMILTON MICH CMNTY SCHS DIST 5.0% | A | Interest | K | T | Buy | 02/11/10 | K | | |
| 160. WISCONSIN ST CLEAN WTR REV SER 4.391% | A | Interest | K | T | Buy | 02/08/10 | K | | |
| 161. NEW YORK ST ENVIRONMENTAL FACS 4.469% | A | Interest | K | T | Buy | 02/08/10 | K | | |
| 162. SAN LUIS OBISPO CNTY CALIF 7.45% | A | Interest | K | T | Buy | 02/22/10 | K | | |
| 163. OHIO STATE 5.331% | A | Interest | K | T | Buy | 02/11/10 | K | | |
| 164. NEW YORK NY FOR PRIOR ISSUES BOND 4.899% | A | Interest | K | T | Buy | 02/09/10 | K | | |
| 165. TACOMA WASH TAXABLE 4.241% | A | Interest | J | T | Buy | 10/27/10 | J | | |
| 166. **MORGAN STANLEY SB** | | | | | | | | | |
| 167. WESTERN ASSET GOVT MONEY MARKET | A | Interest | J | T | Open | 08/31/10 | M | | |
| 168. SOUTH CAROLINA ST PUB AUTH 4.0% | A | Interest | K | T | Buy | 08/19/10 | K | | |
| 169. CHATTANOOGA TENN ELEC REV 5.0% | A | Interest | K | T | Buy | 08/20/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. NEW YORK NY SER A-1 5.0% | A | Interest | K | T | Buy | 08/26/10 | K | | |
| 171. HUNTSVILLE ALA RFDG & CAP SER A 4.0% | A | Interest | K | T | Buy | 09/02/10 | K | | |
| 172. NORTH TEX MUN WTR DIST TEX 5.0% | A | Interest | K | T | Buy | 09/09/10 | K | | |
| 173. JEA FLA WTR & SWR SYS REV SER A 5.0% | A | Interest | K | T | Buy | 08/30/10 | K | | |
| 174. MIAMI-DADE CNTY FLA TRAN SYS SER A 5.0% | A | Interest | K | T | Buy | 08/25/10 | K | | |
| 175. FORT BEND TEX FLOOD CTL WTR SUPPLY 4.0% | A | Interest | K | T | Buy | 09/15/10 | K | | |
| 176. COLUMBIA CNTY GA WTR & SEW REV 5.0% | A | Interest | K | T | Buy | 09/15/10 | K | | |
| 177. SCOTTSDALE ARIZ MUN PPTY CORP 5.0% | A | Interest | K | T | Buy | 10/05/10 | K | | |
| 178. CALIFORNIA ST DEPT WTR RES PWR SER L 5.0% | A | Interest | K | T | Buy | 08/18/10 | K | | |
| 179. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII: LINE 14:
HRPT PROPERTIES TRUST WENT THROUGH A NAME CHANGE DURING 2010. THE NEW NAME IS COMMONWEALTH REIT.

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2011 |

## ʻ. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is :nrate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory ɔvisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in npliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

S

ɔTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL ꞴD CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544